Paul Schwartz
10331 S. Priest Road
French Camp, CA. 95231
408-410-7343
Pro se

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUN 29 2023
FILED_____
DOCKETED_____
DATE        INITIAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL SCHWARTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>D. MILLER, ET AL.,<br><br>    Defendant | NO. CV-14-02013-TUC-JAS<br><br>**NOTICE OF APPEAL**<br><br>☒ FILED    ☐ LODGED<br><br>**Jun 29 2023**<br><br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff and Appellant Paul Schwartz in the above-named case hereby appeal to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, Document 282 JUDGMENT OF DISMISSAL IN A CIVIL CASE entered in this case on June 20, 2023, and all interlocutory orders that gave rise to the judgment, including but not limited to Document 281 ORDER entered in this case on June 20, 2023.

Dated this 26th day of June, 2023.

/s/ Paul Schwartz

Paul Schwartz
10331 S. Priest Road
French Camp, CA. 95231
209-954-2751
Pro se

## CERTIFICATE OF SERVICE

Case Name: Paul Schwartz v. DANIEL MILLER et, al.

Case No.: 4:14-cv-02013-JAS





JUN 29 2023

FILED
DOCKETED
　　　　　　　　　DATE　　　　INITIAL

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of:

**Notice of Appeal**

and any attachments was served, either in person, by mail or email, on the persons listed below.

Signature

Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Clerk of the Court | 405W. Congress Suite 1500<br>Tucson, Arizona 85701 | 6/26/2023<br>Via USPS |
| Melissa Kroeger<br>A.U.S.A. | 405W. Congress Suite 4800<br>Tucson, Arizona 85701<br>melissa.kroeger@usdoj.gov | 6/26/2023<br>Via email |
| Clerk of the Court | U.S. Court of Appeals for the 9th Circuit<br>95 7th Street<br>San Francisco. CA 94013 | 6/26/2023<br>Via USPS |



Schwartz
10331 S. Frost Rd
French Camp, CA
95231

Clerk of the Court
U.S. Court of Appeals
for the Ninth Circuit
95 7th Street
San Francisco, CA 94013